**UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
| | DISTRICT OF COLORADO |
| | UNITED STATES COURTHOUSE |
| | 901 19th STREET |
| **JOHN L. KANE** | DENVER, COLORADO  80294 |
| SENIOR JUDGE | (303) 844-6118 |
| | John_L_Kane@cod.uscourts.gov |

# M E M O R A N D U M

**TO:**     Greg Langham, Clerk
            Attn: Kathy Triplett

**FROM:**   Judge John L. Kane

**DATE:**   July 12, 2011

**RE:**     Criminal Action No. **11-cr-269-JLK**

   Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.