IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: November 23, 2011 |
| Court Reporter:    Gwen Daniel | Probation:   Jeanette Woll |
| | Interpreter:   Adriana Weisz |

_____

Criminal Action No. 11-cr-00269-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    John Canedy

     Plaintiff,

v.

1. G E O V A N Y   A L O N S O              Brian Leedy
CARCAMO-MARTINEZ,

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

2:28 p.m.     Court in Session

Defendant is present and in custody.

Interpreter sworn.

Defendant sworn.

> Defendant plead guilty to Count One of the Indictment, charging a violation of Title 8, U.S.C. § 1326 (a) and (b)(2), on September 15, 2011.

Discussion between the Court and counsel regarding the original PSIR, the revised PSIR, the Plea Agreement, and the appropriate sentencing guideline range. Statement by Defendant.

**FINDING:** Counsel for both parties agree with the Court that the correct adjusted offense level in this case = 16, and the correct criminal history category = IV, resulting in a sentencing guideline range of 33 to 41 mos, a fine range of $5,000 to $50,000, and a statutory supervised release range up to 3 years

**ORDERED:** Defendant's Objection to Presentence Investigation Report (PSR) [Doc. No. 19] and Defendant's Motion for Downward Departure [Doc. No. 20] are WITHDRAWN as moot.

**ORDERED:** Defendant's Motion for a Variant Sentence [Doc. No. 21] is GRANTED.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Geovany Alonso Carcamo-Martinez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 27 months.  The Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

**ORDERED:** While no period of supervised release will be imposed, defendant is advised that if he reenters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** The Court waives the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) because it is likely that the defendant will be deported.

**ORDERED:** Defendant shall cooperate in the collection of DNA as directed by his probation officer.

**ORDERED:** The special assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** The Court finds that Defendant has no ability to pay a fine, and a fine in this case is thus waived.

**ORDERED:** The probation office shall prepare a further amended PSIR to reflect the correct sentencing guideline range, adjusted offense level, and criminal history category.  The probation office shall provide a corrected final PSIR to the Bureau of Prisons and the U.S. Sentencing Commission.  Any copies of prior versions of the PSIR

> **will remain confidential.  However, prior versions of the PSIR will be available to counsel on appeal, if there is an appeal, and all versions of the report will be available to all counsel on appeal.  If there is an appeal, the sentencing recommendation made to the Court by the probation office shall not be disclosed to counsel.**

The Court advises the defendant that to the extent defendant retains a right to file an appeal, a notice of appeal must be filed with the Clerk of the Court within 14 days after the entry of judgment or the right to appeal will be lost.

The Court recommends that the Director of the Bureau of Prisons allow Defendant to serve his sentence in a correctional facility in the State of Colorado.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

3:05 p.m.      Court in Recess
               Hearing concluded
               Time: 00:37